UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-329(JNE/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | ORDER RE JUDICIAL REMOVAL OF |
| ) | DEFENDANT NEGAR GHODSKANI |
| v.      ) | |
| ) | |
| NEGAR GHODSKANI,      ) | |
| ) | |
| Defendant.      ) | |

**ORDER OF REMOVAL**

Defendant NEGAR GHODSKANI ("the defendant") and the United States have jointly requested, agreed and stipulated, pursuant to Title 8, United States Code, Section 1228(c)(5), that the Court should enter a judicial order that the defendant be removed from the United States to Iran. Pursuant to that stipulated request, the Court finds the following:

a. The defendant is not a citizen or national of the United States.

b. The defendant is a native and citizen of Iran.

c. On or about July 19, 2019, the defendant was allowed entry into the United States to resolve the instant criminal judicial proceedings following her extradition from Australia. Ms. Ghodskani does not have lawful status to remain in the United States once her prosecution is completed.

d. On August 8, 2019, the defendant pleaded guilty pursuant to a Plea Agreement and Sentencing Stipulations to Count 1 of the Indictment which charged the

defendant with Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Section 371.

e. The defendant has agreed to the entry of a stipulated judicial order of removal pursuant to Title 8, United States Code, Sections 1228(c)(5) and 1182. Specifically, the defendant has admitted she is not a citizen or national of the United States, but is a native and citizen of Iran who is inadmissible to the United States.

f. The defendant has waived her right to notice and a hearing under the Immigration and Nationality Act ("INA"), as amended, including Title 8, United States Code, Section 1228(c)(2), and related federal regulations.

g. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal, inadmissibility, deportation, or exclusion under the INA, as amended, and related federal regulations.

Therefore, IT IS ORDERED pursuant to Title 8, United States Code, Sections 1182 and 1228(c)(5) that the defendant be removed from the United States to Iran, promptly upon her satisfaction of any sentence of imprisonment, or if the defendant is not sentenced to a term of imprisonment, promptly upon her sentencing, and that the United States Department of Homeland Security execute this ORDER of removal according to the applicable laws and regulations of the United States.

Dated: August 15, 2019

s/ Joan N. Ericksen  
JOAN N. ERICKSEN  
United States District Judge