# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NEGAR GHODSKANI,

        Defendant.

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 15-CR-329 (JNE/KMM) (3) |
| Date: | September 24, 2019 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 9:33 a.m. |
| Time Concluded: | 9:45 a.m. |
| Sealed Hearing Time: | 1 minute |
| Time in Court: | 12 minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff:  Charles J. Kovats, Jr., and David C. Recker
For Defendant:  Robert D. Richman, CJA

Interpreter / Language:    /

☐ Evidentiary Hearing (only select if witness list filed)
☒ Sentencing
☐ Hearing held on objections to the presentence report

IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | ☒ | ☐ | Time served | | | | |

Said terms to run ☐ concurrently  ☐ consecutively

☐ Special conditions of:

☒ Defendant sentenced to pay:
- ☐ Fine in the amount of $.
- ☐ Restitution in the amount of $.
- ☐ Costs of prosecution in the amount of $ to be paid .
- ☒ Special assessment in the amount of $100 to be paid immediately.

☐ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until .
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☒ On Motion of the Gov't, the indictment in Counts 2-7 is dismissed as to Negar Ghodskani (Case No. 15-cr-329 (JNE/KMM) (3)) only.
☒ On Motion of the Gov't, the indictment in Count 1 is dismissed as to Green Wave Telecommunication, Sdn Bhn (Case No. 15-cr-329 (JNE/KMM) (1)) only.
☐ Motion for departure is   ☐ granted   ☐ denied.
☒ Defendant remanded to the custody of the U.S. Marshal.
☒ Defendant advised of the right to appeal.

☐ Docket no.:   shall be unsealed at the time the judgment is filed.
☐ Docket no.:   shall remain sealed until.
☐ Docket no.:   shall be sealed indefinitely.

s/Mark Hamre
Signature of law clerk
